UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN KOPPERS and JEFFREY KOPPERS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WEYERHAEUSER COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 6:17-cv-06557-MAT-JWF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kristen Koppers and Jeffrey Koppers ("Plaintiffs") and Defendant Weyerhaeuser Company ("Weyerhaeuser"), through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims and causes of action in this case, with prejudice, without any findings of liability, wrongdoing, admissions, fault, or damages of any kind and with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

Date: August 30, 2019

/s/Jacob M. Polakoff
Shanon J. Carson
Lawrence Deutsch
Jacob M. Polakoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
　　　ldeutsch@bm.net
　　　jpolakoff@bm.net

E. Michelle Drake
Joseph C. Hashmall
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
　　　jhashmall@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Date: August 30, 2019

/s/Robert C. Collins, III
Mark S. Mester (*pro hac vice*)
Mary Rose Alexander (*pro hac vice*)
Robert C. Collins, III (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
       mary.rose.alexander@lw.com
       robert.collins@lw.com

Jeff G. Hammel
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1260
Facsimile: (212) 751-4864
Email: jeff.hammel@lw.com

Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 261-6912
Facsimile: (212) 977-1642
Email: jvanacore@perkinscoie.com

*Attorneys for Defendant Weyerhaeuser Company*

SO ORDERED

*[signature]*
MICHAEL A. TELESCA
United States District Judge

DATE 9/3/19